RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 11/6/14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DAVID SARPY,<br>    Petitioner | CIVIL ACTION<br>SECTION "P"<br>NO. 1:14-CV-00212 |
| VERSUS | JUDGE TRIMBLE |
| WARDEN, LOUISIANA STATE PENITENTIARY,<br>    Respondent | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Sarpy's petition for writ of habeas corpus is **DENIED AND DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED** in chambers, at Alexandria, Louisiana, on this 6th day of November, 2014.

JUDGE JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE